UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Q. AARON KLEIN, ) | |
| ) | |
| Plaintiff, ) | No. 3:14-mc-00791 |
| ) | Judge Campbell |
| v. ) | |
| ) | |
| CORRECTION CORP. OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On June 9, 2014, the plaintiff, an inmate at the Davis Correctional Facility in Holdenville, Oklahoma, filed a *pro se* complaint alleging civil rights violations under 42 U.S.C. § 1983. (Docket No. 1). The plaintiff has now filed a motion seeking a voluntary dismissal of his case. (Docket No. 6).

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Here, no defendant has answered or filed a motion for summary judgment.

The Clerk is directed to convert this miscellaneous matter into a civil action. However, process shall **NOT** issue. Pursuant to Rule 41(a)(1)(A), the court hereby **GRANTS** the plaintiff's request to voluntarily dismiss this action (Docket No. 6). This case is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(B).

This order constitutes final judgment in this case.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge